UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN CORDELL HUDSON, | No. 2:19-cv-01522 KJM GGH P |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA REHABILITATION CENTER, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 11, 2019, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 14. Petitioner has filed objections to the findings and recommendations. ECF No. 15

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 11, 2019, are adopted in full; and

2. Petitioner's petition for writ of habeas corpus is denied;

3. The clerk of court close this case; and

4. The court declines to issue the certificate of appealability as to either the outcome of straight sufficiency of evidence issue or the related ineffective assistance of appellate counsel issue, as neither issue is subject to any substantial doubt.

DATED: March 9, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE